UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CAPELTON, JR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No: |
| ) | |
| ) | St. Louis County Cause No:22SL-CC03631 |
| SAM'S EAST, INC. D/B/A ) | **Defendant demands trial by jury** |
| SAM'S CLUB #4741, ) | |
| ) | |
| Defendant. ) | |

## REMOVAL NOTICE

Comes now, Defendant Sam's East, Inc. d/b/a Sam's Club #4741, by and through undersigned counsel, and for its Notice of Removal, state the following:

1. On August 9, 2022 Plaintiff filed an original Petition in the Circuit Court of St. Louis County, State of Missouri against Defendant Sam's East d/b/a Sam's Club #4741.

2. Plaintiff is a resident and citizen of the State of Missouri.

3. At the time of the commencement of said action and ever since, Sam's East, Inc. has been and still is a foreign corporation incorporated and existing under the laws of the State of Delaware with its principal place of business in the State of Arkansas, not having its chief and principal office and place of business in the State of Missouri, and is not a citizen or resident of the State of Missouri. Wal-Mart, Inc. is likewise a foreign corporation not having its principal place of business in the State of Missouri.

4. Plaintiff's claim for damages exceeds the statutory minimum requirement of $75,000 for diversity jurisdiction as Plaintiff's counsel made a demand of $100,000.00 to defendant..

5. Plaintiff filed his Petition on August 9, 2022 and obtained service on this Defendant on or about August 17, 2022. Therefore, this Notice of Removal has been timely filed within thirty (30) days pursuant to 28 U.S.C. § 1446.

6. Because complete diversity of citizenship exists between Plaintiff and Defendant, and because the amount in controversy in this action exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), removal to this Court is proper pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446.

7. Furthermore, venue is proper in the Eastern Division of this Court pursuant to Local Rule 3.1, as the incident from which Plaintiff claims damages is alleged to have occurred in St. Louis County, Missouri as evidenced in paragraph 3 of Plaintiff's Petition and as established by the fact that the residence at issue is located in St. Louis County.

8. Promptly after filing this Notice of Removal, the Defendant gave written notice thereof to the attorney for Plaintiff, and to the Clerk of the Circuit Court of St. Louis County, Missouri, and has provided both with copies of this Notice or Removal.

9. All pleadings and papers which have been filed in the state court action are attached to this Notice of Removal

WHEREFORE, Defendant Sam's East, Inc. d/b/a Sam's Club #4741 requests that the above-referenced state court action be removed from St. Louis County Circuit Court, to this honorable Court, and that this honorable Court accept jurisdiction of the case, and for any other relief this Court deems just and proper.

/s/ John P. Rahoy
_____
John P. Rahoy #41896
BROWN & JAMES, P.C.
Attorneys for Defendant
800 Market Street, Suite 1100
St. Louis, Missouri  63101
(314) 421-3400
(314) 421-3128 (Fax)
jrahoy@bjpc.com

   The undersigned hereby certifies that the above and foregoing pleading was filed electronically with the above-captioned Court, with notice of case activity to be generated and sent electronically by the Clerk of said Court this  25th day of August 2022 to.

rmk@khourilawfirm.com
Reiad M. Khouri
Attorney at Law
1401 S. Brentwood Blvd., Suite 940
St Louis, MO 63144

      /s/ John P. Rahoy
      _____